SLIP OPINION

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSIONS OF ATTORNEYS WHO FAILED TO PAY ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** May 7, 2015 |

## PER CURIAM

On May 14, 2014, we held unconstitutional former Rule VII(C) of the Rules Governing Admission to the Bar to the extent the former rule provided for the suspension of attorneys for failure to pay the annual attorney license fee without any pre-suspension notice. *See Chandler v. Martin*, 2014 Ark. 219, 433 S.W.3d 884. Subsequently, we asked the Arkansas Bar Association to appoint a Task Force to review the rule and make a recommendation for amending it. The Task Force completed its work, and on November 20, 2014, we granted the Arkansas Bar Association's petition to amend Rule VII(C) and adopted as a provisional rule the Association's recommendation with minor revisions. *See In Re Rules Governing Admission to the Bar, Rule VII*, 2014 Ark. 498.

Provisional Rule VII(C) provides for the automatic suspension of those attorneys who fail to pay the annual fee by the final deadline of April 15 following a series of three pre-suspension notices. Pursuant to provisional Rule VII(C), the clerk of this court has presented this per curiam order indicating that the attorneys named on the attached list failed to pay the annual license fee and all penalties by the final deadline of April 15, 2015.

We anticipate taking final action on the rule later this year, and we welcome comments from the public before June 1, 2015. Comments should be submitted in

writing and addressed to Stacey Pectol, Clerk, Supreme Court of Arkansas, Attn: Rule VII, Justice Building, 625 Marshall Street, Little Rock, Arkansas 72201.

*Attorney License Suspensions for Non-Payment of License Fee*

The attorneys named on the attached list were automatically suspended on April 16, 2015, by operation of Rule VII(C) and shall not practice law in the State of Arkansas until reinstated or except during a stay of the suspension as provided in Rule VII(C)(15) of the Rules Governing Admission to the Bar.

SLIP OPINION

**Category 1**

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 80028**

Emily Ann Abernathy
Portland, OR

**Bar Number: 88014**

Steve Alexander
San Diego, CA

**Bar Number: 99185**

Lesley Carole Ardemagni
Richardson, TX

**Bar Number: 91129**

Richard Gregory Aclin
Spring, TX

**Bar Number: 83004**

Bruce W. Allen
Malvern, AR

**Bar Number: 85003**

Shereen Robyn Arent
Takoma Parks, MD

**Bar Number: 87001**

Andy E. Adams
Fayetteville, AR

**Bar Number: 2008017**

Chad M. Allen
Bentonville, AR

**Bar Number: 86179**

Debra A. Armstrong-Wright
Auburn, AL

**Bar Number: 98089**

Christy Malyn Adams
Bella Vista, AR

**Bar Number: 97187**

George Antonio Anaya
Cincinatti, OH

**Bar Number: 82003**

Karen L. Arndt
Berkeley, CA

**Bar Number: 69083**

Robert Montague Adams, III
Woodbridge, CT

**Bar Number: 2004066**

Michelle K. Anderson
Fayetteville, AR

**Bar Number: 78180**

Jenelle M. Arnold
Minneapolis, MN

**Bar Number: 94065**

Hannah Whitley Addington
Texarkana, TX

**Bar Number: 82184**

Stephen N. Anderson
Santiago, Ch

**Bar Number: 81006**

Kay Kelley Arnold
Little Rock, AR

**Bar Number: 75185**

Thomas R. Adkins
Houston, TX

**Bar Number: 95282**

Thomas Irvison Anderson
Conway, AR

**Bar Number: 74196**

Richard Legrande Arnold
Dallas, TX

**Bar Number: 98072**

Frank Adler
Keller, TX

**Bar Number: 87005**

Suzanne Antley
Austin, TX

**Bar Number: 95053**

Phyllis Ann Atha
Ozark, AR

**Bar Number: 2003070**

Michael Barrett Alexander
Fort Smith, AR

**Bar Number: 76152**

William Stradley Appleton, Jr.
Little Rock, AR

**Bar Number: 94240**

J. Andrew Atkins
Richardson, TX

1

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 84168**

Heidi Joy Atkins-Lieberman
Hartsburg, MO

**Bar Number: 98249**

Melissa Igdaloff Attar
Scarsdale, NY

**Bar Number: 2008100**

Garland Eugene Autrey
Chicago, IL

**Bar Number: 89042**

Sharon Louise Autry
Avondale, AZ

**Bar Number: 2001002**

Linda S. Auwers
Washington, DC

**Bar Number: 83011**

Lawrence H. Averill, Jr.
Hot Springs Village, AR

**Bar Number: 95277**

Douglas Parker Bacon
Nixa, MO

**Bar Number: 95198**

Patricia Maidt Baggett
Rogers, AR

**Bar Number: 95124**

Alicia Clifton Baladi
Madison, MS

**Bar Number: 2001084**

Dana Yeatman Baldwin
Tulsa, OK

**Bar Number: 84169**

Mark Lehn Baldwin, Jr.
Kansas City, MO

**Bar Number: 80166**

John W. Ball , III
San Diego, CA

**Bar Number: 86215**

Robin Dale Ball
Washington, DC

**Bar Number: 82222**

Ed W. Bankston
Lafayette, LA

**Bar Number: 92219**

Nathan Eric Barnard
Tulsa, OK

**Bar Number: 82185**

John Lancaster Barnes
Fairbanks, AK

**Bar Number: 85182**

Timothy Kent Barnes
Clarksville, TN

**Bar Number: 98216**

Catherine Emily Barrier
New Orleans, LA

**Bar Number: 83017**

Dale Raymond Barron
Dallas, TX

**Bar Number: 82011**

Edward T. Barry
Jonesboro, AR

**Bar Number: 84035**

Donna Kay Gilbrech Barton
Brownsville, TX

**Bar Number: 80167**

Phillip Wayne Barton
Fayetteville, NC

**Bar Number: 78011**

Carey Edward Basham
Little Rock, AR

**Bar Number: 74160**

James Martin Bass
Fredericksburg, VA

**Bar Number: 84008**

Joyce E. Batchelor
Jonesboro, AR

**Bar Number: 2002186**

Cheryl L. Batton
Hot Springs, AR

**Bar Number: 87197**

Beth E. Beavers
Germantown, TN

2

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 95014**

Jonny Beth Beazley
Charlotte, NC

**Bar Number: 94171**

Brian Craig Been
Tulsa, OK

**Bar Number: 83019**

Ann Marie Bell
Houston, TX

**Bar Number: 71006**

Harvey L. Bell
FPO, AP

**Bar Number: 69002**

Harold S. Bemis
Fayetteville, AR

**Bar Number: 2005101**

Bruce Lamar Bennett
Little Rock, AR

**Bar Number: 68070**

Jerome D. Bennett
Phoenix, AZ

**Bar Number: 88016**

Tom Arnold Bennett
Wilson, AR

**Bar Number: 85009**

George E. Bentley
Denver, CO

**Bar Number: 79014**

Paul Robert Bergant
Rogers, AR

**Bar Number: 70090**

Sharon Elaine Bernard
Detroit, MI

**Bar Number: 81176**

C. Glen Berry, Jr.
Mary Ester, FL

**Bar Number: 93017**

Daniel L. Berry
Cape Girardeau, MO

**Bar Number: 92011**

James D. Berry, Jr.
Shawnee, OK

**Bar Number: 72007**

Sanford L. Beshear, Jr.
Taylorsville, UT

**Bar Number: 77154**

Ricki Arthur Beye
Fairlawn, NJ

**Bar Number: 72117**

Nicholas C. Bierwirth
Plymouth, MI

**Bar Number: 2003054**

Heather Holt Bilderback
Tulsa, OK

**Bar Number: 82017**

Edward J. Bisno
Larchmont, NY

**Bar Number: 81177**

Eva Schreit Blackshear
Springfield, MO

**Bar Number: 91080**

Steven Thomas Blair
Providence, RI

**Bar Number: 54018**

Ollie L. Blan, Jr.
Birmingham, AL

**Bar Number: 78181**

Robert Atherton Blanshard
Dallas, TX

**Bar Number: 2000014**

DeLisa K. Blanton
Gilbert, AZ

**Bar Number: 71087**

Charles Mills Bleil
Fort Worth, TX

**Bar Number: 2003219**

Charles Mills Bleil, Jr.
Dallas, TX

**Bar Number: 92228**

Richard James Blevins
Ocean Springs, MS

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 89145**

William Ward Blevins
Little Rock, AR

**Bar Number: 51058**

Frank A. Bowdon, Jr.
Dearborn Heights, MI

**Bar Number: 75151**

Mark Allen Breidenbach
San Antonio, TX

**Bar Number: 80169**

Barry Lynn Blixt
Odenton, MD

**Bar Number: 98099**

Lloyd Dale Bowman
Rogers, AR

**Bar Number: 86027**

Cassady V. Brewer
Alanta, GA

**Bar Number: 91020**

P. Maureen Bock-Dill
Salem, OR

**Bar Number: 2004193**

Kristen Mark Boyd
Little Rock, AR

**Bar Number: 65005**

Silas H. Brewer
Pittsboro, NC

**Bar Number: 93079**

Richard Boling
Hopkinsville, KY

**Bar Number: 2010078**

Michael Brennen Boze
Houston, TX

**Bar Number: 85017**

Gregory G. Brittain
Lavaca, AR

**Bar Number: 80170**

Frank C. Bolton
Denver, CO

**Bar Number: 2000169**

Frank Joseph Bozzo
Mountain Home, AR

**Bar Number: 94088**

Robert Dean Britton
Fayetteville, AR

**Bar Number: 2000019**

Maradith Tuten Boone
Baton Rouge, LA

**Bar Number: 91121**

Michael Patrick Bradley
Fort Smith, AR

**Bar Number: 91256**

Jasper S. Brock, IV
Denham Springs, LA

**Bar Number: 73135**

Randolph Tyson Borden
Hawley, PA

**Bar Number: 49049**

Leland R. Branting
Parker, CO

**Bar Number: 89203**

Johnie Phillip Brock
APO-AE

**Bar Number: 99032**

Douglas MacMillan Borthwick
Santa Ana, CA

**Bar Number: 92215**

Tamara Lee Brantley
Little Rock, AR

**Bar Number: 50009**

Kenneth R. Brock
Cordova, TN

**Bar Number: 2007017**

Tina Fernandes Botts
Marion, AR

**Bar Number: 80017**

Charles Norton Bray
North Little Rock, AR

**Bar Number: 91210**

Michael Derek Brock
Enterprise, AL

4

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 99131**

Pamela Brogdon
Stafford, TX

**Bar Number: 84171**

Robert P. Bruce
Jackson, LA

**Bar Number: 87202**

John Leonard Burket
Clinton Township, MI

**Bar Number: 2006113**

Evest A. Broussard, III
Baton Rouge, LA

**Bar Number: 95069**

William Robert Bruce
Memphis, TN

**Bar Number: 91092**

Jane Burkett
Russellville, AR

**Bar Number: 74016**

John E. Brown, III
Siloam Springs, AR

**Bar Number: 2010096**

Montie Bryant
Benton, AR

**Bar Number: 85186**

Addie Marie Burks
Memphis, TN

**Bar Number: 94101**

Jackie Lane Brown
Mercer Island, WA

**Bar Number: 89112**

Clay Thomas Buchanan
Rockwall, TX

**Bar Number: 89106**

Bob Burress
Moro, AR

**Bar Number: 2005015**

John Lestage Brown
Smyrna, GA

**Bar Number: 99218**

Kristine M. Buchanan
Conway, AR

**Bar Number: 2007047**

Belinda Beth Burris
Bono, AR

**Bar Number: 2008013**

Jon Ed Brown
Idabel, OK

**Bar Number: 79149**

Sandra Johnson Buchanan
Little Rock, AR

**Bar Number: 77158**

Wilson Howard Busby
Jenks, OK

**Bar Number: 86183**

Kathleen Brandon Brown
Little Rock, AR

**Bar Number: 94066**

Deborah Katherine Buckley
Fayetteville, AR

**Bar Number: 76155**

Lynn Jeanne Bush
Washington, DC

**Bar Number: 87201**

Sanford Morris Brown
Dallas, TX

**Bar Number: 94048**

Paul D. Budd
Birmingham, AL

**Bar Number: 74021**

Charles L. Bussey
St. Louis, MO

**Bar Number: 77156**

Shawne Lynne Brown
Dallas, TX

**Bar Number: 79028**

R. A. "Rick" Burch
Hardy, AR

**Bar Number: 92061**

Bradley Watkins Butler
Charlotte, NC

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 91067**

Evert K. Byington
Springfield, VA

**Bar Number: 87026**

G. Scott Caroom
Little Rock, AR

**Bar Number: 95136**

David M. Chambers
Weaverville, NC

**Bar Number: 85183**

Mildred Boellner Cain
Richmond, VA

**Bar Number: 85023**

Joseph Steed Carson
Pavares, FL

**Bar Number: 80172**

Ann Elizabeth Chase
Rochester, NY

**Bar Number: 63058**

William Cain, Jr.
Little Rock, AR

**Bar Number: 2002162**

Asheton Mills Carter
Fort Smith, AR

**Bar Number: 2006206**

Vera Chenault
Little Rock, AR

**Bar Number: 92097**

Suzanne Irwin Calvert
Waxahachie, TX

**Bar Number: 2001099**

Clinton C. Carter
Montgomery, AL

**Bar Number: 80027**

Bertha T. Ching
Memphis, TN

**Bar Number: 2003074**

Meredith Rondeau Campbell
Austin, TX

**Bar Number: 68072**

Jack Ellison Carter
Texarkana, TX

**Bar Number: 81180**

Larry Gene Chipman
Cameron, MO

**Bar Number: 79030**

Edwin Bentley Cantrell , III
Springdale, AR

**Bar Number: 76158**

Ralph F. Carter
Grand Forks, ND

**Bar Number: 85026**

Murray Rickliffe Choate, II
Charleston, IL

**Bar Number: 89155**

Keith  Carle
Jonesboro, AR

**Bar Number: 65007**

Kenneth H. Castleberry
Little Rock, AR

**Bar Number: 2000037**

Stanley Dean Christopher
Signapore

**Bar Number: 72018**

Steven N. Carlson
Little Rock, AR

**Bar Number: 91259**

Katherine K. Cecala
Phoenix, AZ

**Bar Number: 98229**

Terrance J. Cirocco
Grosse Pointe, MI

**Bar Number: 91192**

Denise J. Caron
Fayetteville, AR

**Bar Number: 95126**

H. John Chakales
Austin, TX

**Bar Number: 86036**

Marie Elizabeth Clark
Taylor, AR

6

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 91216**

Michael R. Clarke
Lawrence, KS

**Bar Number: 98049**

Edward Niles Coe, Jr.
Fayetteville, AR

**Bar Number: 96212**

Pamela Dunn Connolly
Longboat Key, FL

**Bar Number: 2008089**

Karen Gwinn Clay
Jackson, MS

**Bar Number: 93063**

Debra Jean Coffey
Tulsa, OK

**Bar Number: 88055**

Judith Ann Conway
Marshall, AR

**Bar Number: 51008**

W. Dane Clay
Little Rock, AR

**Bar Number: 92214**

Claire Louise Cohen
Maybrook, NY

**Bar Number: 69011**

Erwin A. Cook
Hot Springs, AR

**Bar Number: 83197**

Benjamin J. Clifton
Longview, TX

**Bar Number: 83031**

Jane E. Colhoff
Black Hawk, SD

**Bar Number: 94081**

Mary Virginia Cooper
Dallas, TX

**Bar Number: 2002188**

Amber M. Cline
Dallas, TX

**Bar Number: 97078**

Michael David Collins
Fort Smith, AR

**Bar Number: 2008086**

Virginia Cooper
Bella Vista, AR

**Bar Number: 2007200**

Jennifer L. Clingan
Birmingham, AL

**Bar Number: 93212**

Sean Clayton Collyge
Bentonville, AR

**Bar Number: 86044**

John D. Copeland
Siloam Springs, AR

**Bar Number: 78182**

David H. Clippert
Atlanta, GA

**Bar Number: 77033**

Rodney Edward Combs
St. Joseph, MO

**Bar Number: 80174**

Michelle Core
Greenwood, AR

**Bar Number: 66070**

John Phillip Cobb
Conway, AR

**Bar Number: 91181**

William B. Combs
Bentonville, AR

**Bar Number: 83043**

Mark W. Corley
Fayetteville, AR

**Bar Number: 2006147**

Theodore Sizer Cochran
Little Rock, AR

**Bar Number: 88086**

Wilton Mitchell Cone
Brentwood, TN

**Bar Number: 87040**

Mary-Corinne Corley
Kansas City, MO

7

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2008070**

Aaron Paul Cousins
Rogers, AR

**Bar Number: 77037**

Williams George Crowe
Springfield, MO

**Bar Number: 86188**

David Walter Davies, III
Leawood, KS

**Bar Number: 53007**

Ernest H. Cox, Jr.
Pine Bluff, AR

**Bar Number: 96095**

Susan Beth Crumpler
Eustis, FL

**Bar Number: 54003**

Charles E. Davis
Springdale, AR

**Bar Number: 88029**

Norman Glenn Cox
De Queen, AR

**Bar Number: 93026**

Roberto G. Culas
West Valley City, UT

**Bar Number: 49051**

Charles W. Davis
Jonesboro, GA

**Bar Number: 2000047**

Joseph Crabtree, Jr.
Memphis, TN

**Bar Number: 92233**

John Thomas Cunningham
Washington, DC

**Bar Number: 2009257**

Courtney Michelle Davis
Newport News, VA

**Bar Number: 82041**

Thomas L. Craft, Jr.
Van Buren, AR

**Bar Number: 96241**

Wendy Stone Dabbous
Memphis, TN

**Bar Number: 85190**

Francis Xavier Davis
Austin, TX

**Bar Number: 77160**

Lynn-Marie Crider
Portland, OR

**Bar Number: 81043**

Kay Ellen Dalby
Little Rock, AR

**Bar Number: 2001228**

Minor W. "Trey" Davis, III
Texarkana, TX

**Bar Number: 76022**

Mary Elizabeth Crocker
Lee's Summit, MO

**Bar Number: 88089**

Renee Sue Sims Dale
Russellville, AR

**Bar Number: 87046**

Dale William Davison, Jr.
Little Rock, AR

**Bar Number: 72029**

Robert Paul Crockett
Clinton, AR

**Bar Number: 2007291**

Erin Marie Dalton
Little Rock, AR

**Bar Number: 92232**

Judith Lee Deason
Fort Smith, AR

**Bar Number: 84174**

Jerome L. Croston, Jr.
Dallas, TX

**Bar Number: 94239**

Paul Douglas Daniel
Harrison, AR

**Bar Number: 90223**

Ashley Ross Deer
Leawood, KS

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 94201**

Stacy Rene Dees
Highlands Ranch, CO

**Bar Number: 96040**

Kimberly Rochell Dickson
Little Rock, AR

**Bar Number: 84039**

Claudia Laraine Driver
Springdale, AR

**Bar Number: 80175**

Thomas Joseph Demarco
Camden, NJ

**Bar Number: 50018**

Theo A. Dillaha, Jr.
Little Rock, AR

**Bar Number: 87055**

Jean Keesee Duffey
Pasadena, TX

**Bar Number: 2009222**

Tracey Michele Dennis
Little Rock, AR

**Bar Number: 63015**

H. Allan Dishongh
Little Rock, AR

**Bar Number: 86015**

Don Dufresne
Russellville, AR

**Bar Number: 96074**

Christian Diane Denton
Conway, AR

**Bar Number: 78039**

Jayme Smith Dissly
Little Rock, AR

**Bar Number: 2002012**

David Wesley Duke
North Little Rock, AR

**Bar Number: 74168**

David L. Devane
Charleston, SC

**Bar Number: 51012**

William Henry Dodge
Little Rock, AR

**Bar Number: 84176**

William Huie Duncan
Arlington, VA

**Bar Number: 2008116**

Brian DeVaney
San Antonio, TX

**Bar Number: 87205**

Patricia J. Dolson
Elkhart, IN

**Bar Number: 82058**

Ronda Wayne Dunn, Jr.
Fayetteville, AR

**Bar Number: 90038**

R. Emily Devenney
Prescott, AR

**Bar Number: 87049**

Timothy M. Domek
Fairchild AFB, WA

**Bar Number: 84177**

Neil Lee Durrance
Texarkana, TX

**Bar Number: 91083**

Stacey Allison Dewitt
Dunwoody, GA

**Bar Number: 88093**

John P. Dotterweich
Bakersfield, CA

**Bar Number: 2001200**

Tina Nicole Duvall
Bentonville, AR

**Bar Number: 80176**

Sheryl Dicker
Mamaroneck, NY

**Bar Number: 98253**

William Michael Doyle
Bangkok 10110

**Bar Number: 79059**

Awana Lightfoot Dye
Austin, AR

SLIP OPINION

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 62006**

James Trester Dyke
Little Rock, AR

**Bar Number: 74169**

James Richard Eads, Jr.
Austin, TX

**Bar Number: 2001169**

Mary A. Earl
Little Rock, AR

**Bar Number: 56018**

Frank J. Earnhart
Doylestown, PA

**Bar Number: 2006107**

David Brock East
Murfreesboro, TN

**Bar Number: 2004123**

Stephanie Harper Easterling
Scottsdale, AZ

**Bar Number: 58006**

John Curtis Echols
Little Rock, AR

**Bar Number: 80039**

Nancy Catherine Eddy
North Little Rock, AR

**Bar Number: 77162**

Steven E. Edgar
Tulsa, OK

**Bar Number: 78046**

Katherine Dame Ehrenberg
Little Rock, AR

**Bar Number: 87010**

Faye Ellingson
Portland, OR

**Bar Number: 84042**

Jerry Vinson Elliott
Darien, CT

**Bar Number: 72036**

Shade Wooten Epes, Jr.
Little Rock, AR

**Bar Number: 93076**

Donna E. Ernsting
Columbus, GA

**Bar Number: 91018**

Daniel Douglas Etzkorn
Little Rock, AR

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 2002092**

Charles Jeffrey Fairchild
Sherwood, AR

**Bar Number: 2005170**

Greta Jean Falkner
Sherwood, AR

**Bar Number: 96079**

Berta L. Fandino
Hialeah, FL

**Bar Number: 91015**

Jean  Farmer-Calhoun
Little Rock, AR

**Bar Number: 66020**

Robert W. Faulkner
Frisco, TX

**Bar Number: 97012**

Valerie  Fecteau
Eagle, ID

**Bar Number: 98038**

Adam Owen Fellows
Texarkana, TX

**Bar Number: 80207**

Kathryn Pool Fisher
West Plains, MO

**Bar Number: 82064**

Davis Geoffrey Fitzhugh
Little Rock, AR

**Bar Number: 94080**

Philip C. Fletcher
Palestine, TX

**Bar Number: 2011258**

Brittney Dawn Flinn
Fayetteville, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 84046**

Terry L. Flora
Naples, FL

**Bar Number: 82192**

Lynn A. Francis
Indianapolis, IN

**Bar Number: 94227**

Pamela Maureen Gagliani
Oakland, CA

**Bar Number: 97219**

Charles Neil Floyd
Rockville, MD

**Bar Number: 99208**

Robert L. Francoeur
Little Rock, AR

**Bar Number: 2011166**

J. Daniel Gallagher
Russellville, AR

**Bar Number: 95120**

Stuart Wayne Flynn
Tuscaloosa, AL

**Bar Number: 86061**

Lee Taylor Franke
Rogers, AR

**Bar Number: 98251**

Charles Richard Galloway
Jackson, MS

**Bar Number: 73143**

Robert Lanier Fogg
Memphis, TN

**Bar Number: 2001268**

Kimberly J. Franzen
Searcy, AR

**Bar Number: 2006242**

Ronald Stuart Galloway
Dallas, TX

**Bar Number: 92082**

Judy Reese Forester
Branson, MO

**Bar Number: 94233**

Jon Charles Fredlund
Santa Fe, NM

**Bar Number: 69024**

Frank J. Gamble, III
Little Rock, AR

**Bar Number: 97108**

Robert J. Forrest
Ottumwa, IA

**Bar Number: 95256**

Robert B. Freeman
Sallisaw, OK

**Bar Number: 79070**

Patrick John Gardner
Heber Springs, AR

**Bar Number: 96105**

D. Keith Fortner
Little Rock, AR

**Bar Number: 82067**

Aaron L. Fuller
Alexander, AR

**Bar Number: 86063**

Debra Williams Garrison
Little Rock, AR

**Bar Number: 91036**

Galen Lee Fountain
Washington, DC

**Bar Number: 82193**

Caroline Ann Case Fuller
Denver, CO

**Bar Number: 81188**

James Douglas Garrison
Dallas, TX

**Bar Number: 81061**

James Douglas Foyil
Tampa, FL

**Bar Number: 83070**

Robert Jack Fuller
Coppell, TX

**Bar Number: 65046**

Virginia Rayburn Gates
Springdale, AR

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 73038**

John Gaughan, III
Spanish Fort, AL

**Bar Number: 84054**

Martha P. Gilpatrick
Jonesboro, AR

**Bar Number: 84055**

Philip Doyle Gould
Conway, AR

**Bar Number: 93170**

Robert McDowell Gentry
Missoula, MT

**Bar Number: 87068**

Yolanda T. Givens
North Las Vegas, NV

**Bar Number: 98237**

James R. Gowen, Jr.
Searcy, AR

**Bar Number: 2001263**

Thomas Phillip Germeroth
St. Louis, MO

**Bar Number: 85216**

Shelley Lynn Glass
Panana City, FL

**Bar Number: 2005040**

Chad Gowens
Fayetteville, AR

**Bar Number: 83204**

Diane Larrison Gibson
Kansas City, MO

**Bar Number: 75161**

Jerry Wayne Glover
Chicago, IL

**Bar Number: 91253**

Stephen Michael Graham
Dallas, TX

**Bar Number: 89204**

Cary Lynn Gilbert
Los Angeles, CA

**Bar Number: 2004017**

Kathryn Wills Goff
Little Elm, TX

**Bar Number: 90194**

Dottie Mae Gray
San Antonio, TX

**Bar Number: 86064**

Mel L. Gilbert
Buffalo, MO

**Bar Number: 86069**

Sandra Jeannine Gooding
Birmingham, AL

**Bar Number: 90074**

Judith Mills Gray
Fayetteville, AR

**Bar Number: 90224**

Betsy A. Gillaspy
Redmond, WA

**Bar Number: 60019**

William R. Goodrich
Little Rock, AR

**Bar Number: 93137**

Sara L. Green
Fort Irwin, CA

**Bar Number: 83073**

Jackie Ward Gillean
Hot Springs, AR

**Bar Number: 88032**

Randall Dean Goodwin
Texarkana, TX

**Bar Number: 88102**

Therese Hagemann Green
Mobile, AL

**Bar Number: 78189**

John Dee Gilliam
Longview, TX

**Bar Number: 80182**

Paul Dewitt Gordon
San Francisco, CA

**Bar Number: 84182**

Joyce Rayburn Greene
Montclair, CA

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 80053**

Jacquelyn Custer Gregan
Houston, TX

**Bar Number: 94235**

Cristin Denise Hall
Coppell, TX

**Bar Number: 85068**

Laurie Anne Hanson
Minneapolis, MN

**Bar Number: 74065**

Dennis Ray Griesse
Fayetteville, AR

**Bar Number: 65019**

Robert Hodge Hall, Jr.
Corning, AR

**Bar Number: 62011**

Everett Edsel Harber
Blytheville, AR

**Bar Number: 2013054**

Mitzi Griffin
Little Rock, AR

**Bar Number: 99045**

Vanessa Hakim Hall
Tampa, FL

**Bar Number: 77058**

William Clyde Harbour
Portsmouth, VA

**Bar Number: 95026**

R. Anthony Griffin
Edmund, OK

**Bar Number: 83206**

Val Calhoun Halsey
Pensacola, FL

**Bar Number: 92173**

Robert Clarence Harder
Fayetteville, AR

**Bar Number: 98174**

Gadson A. Griffis
Cullowhee, NC

**Bar Number: 92147**

Leif Hamman
Jonesboro, AR

**Bar Number: 2008006**

Robert C. Hardy, Sr.
Houston, TX

**Bar Number: 89121**

Gary George Grisso
Tulsa, OK

**Bar Number: 2006081**

Leslie L. Wilcox Hammond
Long Beach, CA

**Bar Number: 76168**

Michael Edward Harris
Raleigh, NC

**Bar Number: 94004**

David Mark Gunter
Hope, AR

**Bar Number: 95013**

Claire Shows Hancock
Little Rock, AR

**Bar Number: 84067**

Mike Scott Harris
Fayetteville, AR

**Bar Number: 80183**

Thad M. Guyer
Medford, OR

**Bar Number: 81193**

D. Michael Hancock
Washington, DC

**Bar Number: 2006141**

Elizabeth A. Hart
Tulsa, OK

**Bar Number: 87070**

Albert Hall, III
Cabot, AR

**Bar Number: 84183**

William Warren Hancock
Grand Prairie, TX

**Bar Number: 87206**

Richard C. Hartgrove
Austin, TX

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 79163**

Gary T. Hartman
Kirkwood, MO

**Bar Number: 2008095**

Elizabeth Engelkes Hartz
Little Rock, AR

**Bar Number: 2001229**

Glen Farris Harvey
Tuscaloosa, AL

**Bar Number: 2000009**

K. Daniel Hash
Conway, AR

**Bar Number: 75163**

John Benham Hawley
Dallas, TX

**Bar Number: 2000044**

Brian Patrick Hayes
Fort Smith, AR

**Bar Number: 98002**

Philip James Hayes
Brentwood, TN

**Bar Number: 92170**

Thomas Edward Hays, III
Scotland, UK

**Bar Number: 73146**

Arlene N. Heath
Seattle, WA

**Bar Number: 73147**

Richard R. Heath
Seattle, WA

**Bar Number: 95236**

Julia Faubion Hedgpeth
Houston, TX

**Bar Number: 81195**

Jud Wiley Heflin
Rogers, AR

**Bar Number: 82196**

Col. Joseph L. Heimann
Highland, IL

**Bar Number: 97040**

Jeanette Stephens Heimbaugh
Little Rock, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 86192**

Robert Brooks Helfrich
Jackson, MS

**Bar Number: 2010097**

April McEachern Helms
Birmingham, AL

**Bar Number: 77166**

Charles W. Hemingway
Alexandria, VA

**Bar Number: 85213**

Mark Leslie Hendren
Joplin, MO

**Bar Number: 80185**

David G. Hendricks
Oklahoma City, OK

**Bar Number: 91200**

Carolyn L. Henn
Garland, TX

**Bar Number: 2005061**

Telma Nadvorny Henry
Houston, TX

**Bar Number: 64053**

Delbert Martin Herman
Austin, TX

**Bar Number: 2007109**

Timothy Powell Herron
The Woodlands, TX

**Bar Number: 81125**

Carol Guenther Hewett
Palm Harbor, FL

**Bar Number: 82197**

Nancy F. Heydemann
El Paso, TX

**Bar Number: 85072**

Charles Franklin Hickman
Springfield, IL

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 95220**

James Warren Higgins
Maumelle, AR

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 2006049**

Courtney Myers Holland
Texarkana, TX

**Bar Number: 75165**

David Earl Hightower
Bloomington, IL

**Bar Number: 97073**

Donna J. Hodges
Florence, MS

**Bar Number: 75167**

James Derrell Holland
Baton Rouge, LA

**Bar Number: 82186**

Barbara Ann Hill
Jefferson City, MO

**Bar Number: 97208**

Michael Scott Hodson
Fayetteville, AR

**Bar Number: 94095**

Tonya A. Holley
Little Rock, AR

**Bar Number: 2001277**

Wendy R. Hill
Little Rock, AR

**Bar Number: 74077**

Leonard E. Hoffman, III
Dallas, TX

**Bar Number: 84184**

John Robert Hollis
Hope, AR

**Bar Number: 2000141**

Lisa Gay Hixon
Davenport, IA

**Bar Number: 94022**

Lori Ann Hoggard
Roland, AR

**Bar Number: 84185**

Russell A. Hollrah
Washington, DC

**Bar Number: 61041**

Charles Joseph Hlavinka
Texarkana, TX

**Bar Number: 79166**

James Robert Holbein
Burke, VA

**Bar Number: 93031**

Brian Sherwood Holman
Aubrey, TX

**Bar Number: 76194**

John Wilbern Hockett
Los Angeles, CA

**Bar Number: 84074**

Eric Holcomb
Los Angeles, CA

**Bar Number: 2003038**

Lisa L. Honey
San Francisco, CA

**Bar Number: 73055**

Dewain W. Hodge
Bella Vista, AR

**Bar Number: 96050**

Vicki Lei Holder
Mena, AR

**Bar Number: 96099**

Glen Hooks
Little Rock, AR

**Bar Number: 70035**

William H. Hodge
Bellingham, WA

**Bar Number: 78194**

Ramona A. Holiman
San Francisco, CA

**Bar Number: 96262**

Brian Edmund Hooper
Rogers, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 68075**

David B. Hopkins
Seattle, WA

**Bar Number: 80065**

Frederick Oliver Humke, III
Monument, CO

**Bar Number: 91209**

Philip Reid Jackson
Grapevine, TX

**Bar Number: 92206**

Donald R. Howard
El Paso, TX

**Bar Number: 96191**

John Mark Huneycutt
Fayetteville, AR

**Bar Number: 2013298**

Stephany T. Jackson
Arlington, TX

**Bar Number: 82225**

David Edward Howe
Peoria, IL

**Bar Number: 70087**

Gerald Wood Hunter
Sallisaw, OK

**Bar Number: 94013**

Stephen J. Jackson
Van Horn, TX

**Bar Number: 93041**

Tamika Babette Hrobowski
Ellenwood, GA

**Bar Number: 57020**

John R. Hunter
Potomac Falls, VA

**Bar Number: 89124**

Beau John Jacob
Morgan Hill, CA

**Bar Number: 92151**

Deborah Jean Hudson
Estes Park, CO

**Bar Number: 80189**

Willis C. Hunter
Brunswick, GA

**Bar Number: 80069**

Judy Jacobson
Oceanside, CA

**Bar Number: 74079**

James C. Hudson
Barling, AR

**Bar Number: 73151**

Joseph Thomas Hyde
Dallas, TX

**Bar Number: 89218**

Steven Arnold Jacobson
New York, NY

**Bar Number: 2011242**

Hannah Huegel
Edwards, CO

**Bar Number: 72062**

William Wesley Hylton , III
Little Rock, AR

**Bar Number: 81097**

Richard C. Jans
Little Rock, AR

**Bar Number: 2002126**

Amy Susanne Huffman
North Little Rock, AR

**Bar Number: 2006224**

Nelson R. Ireson
Little Rock, AR

**Bar Number: 77070**

Richard Allen Jarrett
Jonesboro, AR

**Bar Number: 2008020**

Christopher L. Hughes
Van Buren, AR

**Bar Number: 86196**

Carol J. Jackson
Fort Worth, TX

**Bar Number: 72065**

F. James Jefferson
Green Forest, AR

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 96139**

Gerald Rowley Jenkins
West Chicago, IL

**Bar Number: 90021**

James Burton Jennen
Garland, TX

**Bar Number: 86197**

Jennifer A. Jenson
Memphis, TN

**Bar Number: 81100**

Robert Randolph Jespersen
Orlando, FL

**Bar Number: 2006236**

Cory Marshall Johnson
Corpus Christi, TX

**Bar Number: 85200**

Laura J. Johnson
Windfell, LA

**Bar Number: 99157**

Michael Lane Johnson
Harrison, AR

**Bar Number: 98230**

R. Hayes Johnson, Jr.
Long Beach, MS

**Bar Number: 79105**

Rufus W. Johnson
Prairie Grove, AR

**Bar Number: 2002138**

Kelli Kristin Johnston
Long Beach, CA

**Bar Number: 76057**

Benita Terry Jones
Little Rock, AR

**Bar Number: 81149**

Beverly Stites Jones
Fort Smith, AR

**Bar Number: 2010023**

Dylan Charles Jones
Little Rock, AR

**Bar Number: 74172**

James Phelps Jones
Dallas, TX

**Bar Number: 2005209**

Jonathan D. Jones
Springdale, AR

**Bar Number: 83098**

Langdon Robert Jones, II
North Little Rock, AR

**Bar Number: 63055**

Norman R. Jones
Houston, TX

**Bar Number: 2006133**

Samuel Jones
Memphis, TN

**Bar Number: 90113**

Tonia Peoples Jones
Little Rock, AR

**Bar Number: 83112**

Craig M. Jontz
Tampa, FL

**Bar Number: 88009**

Michael A. Joyce
Tulsa, OK

**Bar Number: 95105**

Jill Amonette Kadrie
Signal Mountain, TN

**Bar Number: 81103**

Richard Charles Kalkbrenner
Little Rock, AR

**Bar Number: 82015**

Charlene F. Kane
Little Rock, AR

**Bar Number: 92047**

Carol Smith Katz
Memphis, TN

**Bar Number: 2007244**

Beth Cheeseman Kearney
Irvine, CA

**Bar Number: 2004165**

Jason T. Kelly
Alamosa, CO

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 89236**

Jennifer Sevier Kelly
Franklin, TN

**Bar Number: 82202**

Lisa A. Kelly
Seattle, WA

**Bar Number: 85201**

Thomas G. Kemper
St. Louis, MO

**Bar Number: 84188**

Timothy J. Kennedy
Cedar Rapids, IA

**Bar Number: 88001**

Linda Sue Kennon
Dallas, TX

**Bar Number: 80077**

Arthur Jay Kerns
Little Rock, AR

**Bar Number: 2012159**

Daniel S. Ketcher
Farmington, AR

**Bar Number: 2002211**

Jay Juhani Kiiha
Boise, ID

**Bar Number: 68077**

Don J. Killebrew
Joplin, MO

**Bar Number: 74091**

Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 89093**

Kerry Layne Kilpatrick
Baton Rouge, LA

**Bar Number: 86146**

Judy Adair Kim
Fort Smith, AR

**Bar Number: 56019**

John H. Kimberly
Palatine, IL

**Bar Number: 2000045**

Hardin Barton Kimmel
Memphis, TN

**Bar Number: 73068**

Barry Donald Kincannon
Fort Smith, AR

**Bar Number: 74092**

Frederick Hulon King
Little Rock, AR

**Bar Number: 2009089**

Jennifer R. Kiper
Kansas City, MO

**Bar Number: 90064**

Christopher Winfield Kirby
Elgin, TX

**Bar Number: 70039**

David Wayne Kirk
San Antonio, TX

**Bar Number: 74093**

Neal Bartlett Kirkpatrick
Tulsa, OK

**Bar Number: 2003029**

Hope Hayden Kizer-O'Briant
Germantown, TN

**Bar Number: 64056**

Carl Imant Klekers
Omaha, NE

**Bar Number: 85085**

Marc Aaron Kline
Florence, SC

**Bar Number: 75184**

James Duncan Kopernak
Jackson, MS

**Bar Number: 88126**

Eileen C. Kradel
Fort Smith, AR

**Bar Number: 75073**

Daniel J. Kroha, Jr.
Little Rock, AR

**Bar Number: 87099**

Ronald L. Krueger
Gentry, AR

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 84190**

Shelley K. Kurt
Hugoton, KS

**Bar Number: 77169**

Walter S. Kyle
Hingham, MA

**Bar Number: 90026**

Barry Joseph Lafarlette
Jonesboro, AR

**Bar Number: 86107**

Carl O. Lamar
Marlow, OK

**Bar Number: 72123**

Ronald T. Lamay
Kansas City, MO

**Bar Number: 89232**

Candace Ellen Landers
Fayetteville, AR

**Bar Number: 76069**

Jack Lands, III
Los Angeles, CA

**Bar Number: 2011292**

Candice M. Lang
New York, NY

**Bar Number: 80192**

Joni J. Langevoort
Vienna, VA

**Bar Number: 79118**

Alvin Laser
Houston, TX

**Bar Number: 84089**

John Michael Latham
Little Rock, AR

**Bar Number: 99107**

Chester Harris Lauck, III
Little Rock, AR

**Bar Number: 96094**

William E. Lawrence
Ozark, MO

**Bar Number: 2008074**

Michael Haden Lawyer
Memphis, TN

**Bar Number: 2002159**

Michael Colin Lea
Springdale, AR

**Bar Number: 84211**

Erin Leary
Omaha, NE

**Bar Number: 92238**

Gregg Rowan Ledbetter, Sr.
Little Rock, AR

**Bar Number: 95103**

Joseph Michael Ledbetter
Jonesboro, AR

**Bar Number: 83111**

Clyde E. Lee
Texarkana, TX

**Bar Number: 80193**

Debra F. J. Lee
Medford, OR

**Bar Number: 93149**

Sarah May Leflar
Fayetteville, AR

**Bar Number: 2002019**

Albert Gamaliel Lewis, III
Tuscaloosa, AL

**Bar Number: 95187**

James Todd Lewis
Springdale, AR

**Bar Number: 84090**

Royce Lewis
North Little Rock, AR

**Bar Number: 80208**

Stanley Bernard Lewis
Miami, FL

**Bar Number: 82094**

Bernard Thomas Lienhart, Jr.
Conway, AR

**Bar Number: 82095**

Charles Knox Lincoln, II
Little Rock, AR

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 93152**

Lewis Ward Littlepage
Wailuku, HI

**Bar Number: 93223**

Marcia Y. Lucas
Milwaukee, WI

**Bar Number: 91254**

John Kevin Madden
Arlington, VA

**Bar Number: 2004042**

Gary R. Long
St. Louis, MO

**Bar Number: 84095**

Charles R. Lucus
New Bloomfield, MO

**Bar Number: 2001048**

Daniel Mark Mallory
Bella Vista, AR

**Bar Number: 94104**

Shana Jerene Long
Kansas City, MO

**Bar Number: 91100**

Susan Treece Lusby
Fayette, MO

**Bar Number: 92087**

Charles Foster Malloy
Dallas, TX

**Bar Number: 84094**

R. Bruce Lorenzen
Texarkana, AR

**Bar Number: 2007295**

Reed D. Luthanen
Bentonville, AR

**Bar Number: 91046**

D. Carson Marcantel
Baton Rouge, LA

**Bar Number: 2005003**

Susan K. Lourne
Trout Lane, WA

**Bar Number: 2011189**

Jason Elliot Lynch
Little Rock, AR

**Bar Number: 76176**

Patti Hudson Marks
Denver, CO

**Bar Number: 79197**

David Michael Love
Lake Zurich, IL

**Bar Number: 83213**

Brian G. Lyons
Tallahassee, FL

**Bar Number: 82101**

Pamela Kay Marshall
Little Rock, AR

**Bar Number: 88043**

R. Kent Lovell
Atlanta, GA

**Bar Number: 87107**

Monica Roxanne Mabry
Conway, AR

**Bar Number: 79256**

Wanda Martar
West Memphis, AR

**Bar Number: 2007064**

Patrick Lee Lowther
Atlanta, GA

**Bar Number: 85095**

Theodore Edward Mackall, Jr.
Dallas, TX

**Bar Number: 87207**

Cameron Wayne Martin
Tulsa, OK

**Bar Number: 85093**

George L. Lucas, Jr.
Oxford, MS

**Bar Number: 86112**

Joe Elza Madden, Jr.
Little Rock, AR

**Bar Number: 2009038**

Cynthia Grooms Marvin
Little Rock, AR

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 79176**

Ronald J. Mason
Elgin, TX

**Bar Number: 82103**

Walter Pointer Mayo
Holly Grove, AR

**Bar Number: 47012**

Austin McCaskill
Little Rock, AR

**Bar Number: 75084**

James Proctor Massie
Little Rock, AR

**Bar Number: 2002125**

Todd Alan Mazzanti
Lake Village, AR

**Bar Number: 83119**

Catherine Jane McClendon
Fayetteville, AR

**Bar Number: 2008094**

Matthew Richard Matheny
Little Rock, AR

**Bar Number: 65049**

William S. McAninch
Columbia, SC

**Bar Number: 2013009**

Brittney Angela McClinton
Arlington, TX

**Bar Number: 77172**

James Price Mathieson, Jr.
Austin, TX

**Bar Number: 84102**

Hiram McBeth , III
Pine Bluff, AR

**Bar Number: 2007003**

Brittany Leah McCollum
Little Rock, AR

**Bar Number: 68035**

Lewis H. Mathis
Little Rock, AR

**Bar Number: 74174**

James Cureton McCaa , III
Virginia Beach, VA

**Bar Number: 2006118**

Jerry L. McCombs
Idabel, OK

**Bar Number: 86116**

William Travis Mathis, II
Kansas City, MO

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

**Bar Number: 76179**

Daniel F. McConnell
Niceville, FL

**Bar Number: 73077**

Richard Larry Mattison
Benton, AR

**Bar Number: 92252**

Michael Joseph McCarthy, III
Dellwood, MO

**Bar Number: 76180**

Linda Grim McCormick
Alvin, TX

**Bar Number: 99173**

Leslie Correll Maurras
FPO, AP

**Bar Number: 89227**

Lagayle Dawn McCarty
Bella Vista, AR

**Bar Number: 75171**

Dale Edward McCoy
Falls Church, VA

**Bar Number: 76177**

Charles D. Maynard, Jr.
Houston, TX

**Bar Number: 76178**

Austin McCaskill , III
Little Rock, AR

**Bar Number: 99117**

Scott Edward McCrillis
Garland, TX

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 79204**

Claude Douglas McDaniel
Santa Rosa Beach, FL

**Bar Number: 88134**

Roderick J. McDonald, II
Dallas, TX

**Bar Number: 80094**

Nancy Nixon McDonough
Little Rock, AR

**Bar Number: 83120**

James Ferguson McDougal, III
West Memphis, AR

**Bar Number: 97180**

Mary Elizabeth McFadyen
Biloxi, MS

**Bar Number: 91139**

Robert Daniel McGill
Augusta, AR

**Bar Number: 92235**

Colleen M. McGrail
Little Rock, AR

**Bar Number: 74104**

E. Winton McInnis, III
Little Rock, AR

**Bar Number: 98235**

Paula Michelle McKissick
Stafford, AZ

**Bar Number: 2007301**

Cline Wesley McKnight
Fayetteville, AR

**Bar Number: 84194**

Susan Ralston McLean
Dallas, TX

**Bar Number: 2006057**

Katalina Rose McMichael
Fort Smith, AR

**Bar Number: 85106**

Roger E. McMillan
Fayetteville, AR

**Bar Number: 82204**

John R. McNair
Dallas, TX

**Bar Number: 2007219**

Brian James McNamara
Lexington, VA

**Bar Number: 92218**

Mona J. McNutt
Plumerville, AR

**Bar Number: 95042**

Brandy Mellissa McShane
Springfield, MO

**Bar Number: 2003069**

Sherri J. McVay
Orlando, FL

**Bar Number: 91086**

Alan R. McWilliams
Little Rock, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Gilbert, AZ

**Bar Number: 2002131**

Andrew B. Mead
Springfield, MO

**Bar Number: 2010092**

Wayne Tristan Mehlin
North Little Rock, AR

**Bar Number: 81206**

Teresa Flynn Melendez
El Paso, TX

**Bar Number: 73158**

Richard Drew Meredith
Council Bluffs, IA

**Bar Number: 87118**

Barbara Black Meyer
Little Rock, AR

**Bar Number: 99122**

Steven Scott Michaels
Bradenton, FL

**Bar Number: 98008**

Anne Douglas Millar
Mt. Pleasant, SC

SLIP OPINION

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 97231**

Cylenthia LaToye Miller
Detroit, MI

**Bar Number: 73160**

Glanetta Miller
Reston, VA

**Bar Number: 89065**

Jennifer Jane Miller
Washington, DC

**Bar Number: 87119**

Joseph A. Miller
Reston, VA

**Bar Number: 79207**

Michael K. Miller
Albany, OR

**Bar Number: 83128**

Rodney Reed Miller
Dallas, TX

**Bar Number: 94079**

Theresa Gardiner Miller
Peoria, IL

**Bar Number: 73161**

Ronald C. Mills
San Antonio, TX

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 83215**

Mary Helen Mitchell
Texarkana, AR

**Bar Number: 97174**

DeeNita Dawn Moak
Alexandria, VA

**Bar Number: 2007031**

Brendan Tattersall Monaghan
Little Rock, AR

**Bar Number: 93220**

Marcia Montee
Little Rock, AR

**Bar Number: 83130**

Tony Elliet Montgomery
Colorado Springs, CO

**Bar Number: 2002178**

Kyle Evan Waters Moody
Sallisaw, OK

**Bar Number: 94229**

D. Mark Moore
Austin, TX

**Bar Number: 70049**

Dewey Moore, Jr.
Little Rock, AR

**Bar Number: 89216**

Lewis B. Moore, III
Phoenix, AZ

**Bar Number: 2003113**

Whitney L. Moore
Little Rock, AR

**Bar Number: 70050**

Robert F. Morehead
Pine Bluff, AR

**Bar Number: 2009268**

Sloane E. Morgan
Nichols Hills, OK

**Bar Number: 95215**

Cynthia Walton Moriconi
Little Rock, AR

**Bar Number: 82114**

David Emmett Morris
Fayetteville, AR

**Bar Number: 2007107**

Melissa Marie Morris
Houston, TX

**Bar Number: 77094**

William Thomas Morris
Dallas, TX

**Bar Number: 76181**

Joshua Rutland Morriss , III
Texarkana, TX

**Bar Number: 95281**

Leann Dean Morrissey
Clayton, MO

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 71054**

John Tucker Morse
Charleston, SC

**Bar Number: 97026**

Karen Fisher Moskowitz
Dunwoody, GA

**Bar Number: 2008244**

Neil Carlton Moss
McKinney, TX

**Bar Number: 74003**

Franklin Jackson Mott , III
Little Rock, AR

**Bar Number: 90056**

Patrick Wyatt Moudy
Burkburnett, TX

**Bar Number: 85134**

Karen Queen Mourad
Carefree, AZ

**Bar Number: 2000068**

Michael W. Mullane
Hampden, ME

**Bar Number: 84195**

Patti S. Mullins
Harrison, AR

**Bar Number: 64030**

Bart  Mullis
Pine Bluff, AR

**Bar Number: 90115**

Charlotte B. Murphy
Roland, AR

**Bar Number: 93205**

Jackie James Murphy
Little Rock, AR

**Bar Number: 88195**

Shannon Murphy
Los Angeles, CA

**Bar Number: 86131**

Dane J. Myers
Springdale, AR

**Bar Number: 89046**

Ronald Keith Myers
Wake Village, TX

**Bar Number: 81208**

Dana G. Nahlen
Dallas, TX

**Bar Number: 2000018**

Barbara P. Nathan
Mesa, AZ

**Bar Number: 98136**

Christy Lee Naylor
Dallas, TX

**Bar Number: 2008204**

Daniel Shanks Newell
West Jefferson, NC

**Bar Number: 68080**

James Frederick Newth
Dallas, TX

**Bar Number: 93037**

Anna Marie Newton
Franklin, TN

**Bar Number: 82066**

Ann Kell Nichols
Vashon, WA

**Bar Number: 93071**

Jonnie M. Nix
St. Paul, MN

**Bar Number: 2006337**

Scott Nolen
New York, NY

**Bar Number: 91094**

Barbara Lake Notter
Clarksdale, MS

**Bar Number: 2004157**

Jessica A. Novak
Rogers, AR

**Bar Number: 93064**

Kim Caroline Novicki
Los Angeles, CA

**Bar Number: 87124**

George Edward Nowotny, III
Anaheim, CA

SLIP OPINION

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2004220**

Douglas A. Nystrom, Sr.
Rogers, AR

**Bar Number: 94062**

Frank A. O'Mara
Little Rock, AR

**Bar Number: 83140**

Lazar M. Palnick
Pittsburg, PA

**Bar Number: 2000129**

Stephanie Marie O'Brien
Galway, Ireland

**Bar Number: 98250**

David Michael Orland
Arlington, VA

**Bar Number: 77101**

David E. Parker, Jr.
Pine Bluff, AR

**Bar Number: 97076**

Lisa Ann Ochs
Brookland, AR

**Bar Number: 74180**

Patrick Dale O'Rourke
Joelton, TN

**Bar Number: 2003179**

Miles Montgomery Parks
Little Rock, AR

**Bar Number: 82207**

James Patrick O'Connor
Vancouver, WA

**Bar Number: 75174**

Roger Dwayne Osburn
Houston, TX

**Bar Number: 2008252**

Matthew Brent Parsons
Little Rock, AR

**Bar Number: 83137**

Thomas J. O'Hern
Orlando, FL

**Bar Number: 2011092**

Matthew Osman
Fennville, MI

**Bar Number: 96150**

William R. Patterson, III
Paris, TX

**Bar Number: 84206**

David Marshall Olive
Fort Smith, AR

**Bar Number: 77099**

Warren Laneil Osment, Jr.
North Little Rock, AR

**Bar Number: 84120**

David G. Paul
St. Petersburg, FL

**Bar Number: 68081**

Edward Page Oliver
Texarkana, TX

**Bar Number: 86137**

Bobby Dan Owens, Jr.
Bentonville, AR

**Bar Number: 80113**

Beth Angela Peace
Harrison, AR

**Bar Number: 87127**

David Bradley Olsen
Minneapolis, MN

**Bar Number: 2000139**

Jennifer K. Owens
Little Rock, AR

**Bar Number: 91097**

Linda Jo Peacock
Birmingham, AL

**Bar Number: 91205**

Richard Eugene Olszewski
North Little Rock, AR

**Bar Number: 85124**

Steff Padilla
Sherman Oaks, CA

**Bar Number: 95274**

Nelson Edward Peacock
Washington, DC

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

Bar Number: 50037

Hazel Bob Pearson
Little Rock, AR

Bar Number: 83217

Paul W. Pearson
Dallas, TX

Bar Number: 95010

Ann M. Pellegrino
Parker, TX

Bar Number: 87132

David H. Pennington
Little Rock, AR

Bar Number: 89144

Denise Perry
Richmond, VA

Bar Number: 2010117

James Thomas Perry, Jr.
Houston, TX

Bar Number: 89097

Rae Rice Perry
Pine Bluff, AR

Bar Number: 78126

Gary Don Person
Allen, TX

Bar Number: 94213

Donna M. Phillips
Stillwater, OK

Bar Number: 90065

Kevin Hines Phillips
Bryan, TX

Bar Number: 95153

Michael Scott Phillips
Columbus, GA

Bar Number: 2007181

Wrona R. Pierce
Little Rock, AR

Bar Number: 96232

Raymond Chad Pifer
Atlanta, GA

Bar Number: 73094

James H. Pilkinton, Jr.
Hope, AR

Bar Number: 91220

Leslie L. Pirtle
Tyler, TX

Bar Number: 73164

James Thurman Pitts
Rockville, MD

Bar Number: 97178

William C. Plouffe, Jr.
Kutztown, PA

Bar Number: 68050

Joe Alan Polk
Little Rock, AR

Bar Number: 99057

Anita Kay Poole
Poteau, OK

Bar Number: 84198

Edward Carl Pope
Laguna Beach, CA

Bar Number: 2003048

Tracy Lynn Powell
Hope, AR

Bar Number: 81134

Michael G. Pritchard
Fayetteville, AR

Bar Number: 70099

George Proctor
San Francisco, CA

Bar Number: 93216

Robin Leigh Proctor
Little Rock, AR

Bar Number: 79184

Edwin Prud'homme
Las Vegas, NV

Bar Number: 74125

Allan Franklin Pruitt
Little Rock, AR

Bar Number: 73097

Charles Jesse Pugh
Little Rock, AR

SLIP OPINION

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 89086**

Penny Pumphrey
Dallas, TX

**Bar Number: 91082**

Cynthia J. Purtle
Salem, OR

**Bar Number: 95147**

Richard Patrick Quinn
Oak Park, IL

**Bar Number: 87203**

Mary Pat Rabroker
Dallas, TX

**Bar Number: 2003220**

Robert Morris Ragland
Fayetteville, AR

**Bar Number: 89200**

Sloan R. Raney
Jonesboro, AR

**Bar Number: 79236**

Marilyn Frances Rauch
Little Rock, AR

**Bar Number: 87209**

James Douglas Redpath
Phoenix, AZ

**Bar Number: 2005103**

Kevin E. Reed
Memphis, TN

**Bar Number: 98227**

Paul Erwin Reeves
Sebastian, FL

**Bar Number: 78205**

Emil Ernst Reichstadt
Dallas, TX

**Bar Number: 95195**

Linda Ann Reid
Milwaukee, WI

**Bar Number: 82133**

James Richard Reierson
Walla Walla, WA

**Bar Number: 88155**

Kathleen Reynolds
Little Rock, AR

**Bar Number: 90114**

Sarah Wilson Rice
Richmond, IN

**Bar Number: 76105**

F. Eugene Richardson
Prairieville, LA

**Bar Number: 79188**

James Wayne Richardson
Tucson, AZ

**Bar Number: 82134**

Walter Garrett Riddick , III
Little Rock, AR

**Bar Number: 79189**

William Frank Ridlon, II
Elizabethtown, KY

**Bar Number: 84199**

David Wylie Riner
Portland, TX

**Bar Number: 90155**

William Sayer Roach
Little Rock, AR

**Bar Number: 78131**

Beverly Ann Roachell
Little Rock, AR

**Bar Number: 85137**

Cecilia Roberts
Boston, MA

**Bar Number: 2000060**

James Garry Roberts, II
Springdale, AR

**Bar Number: 2006338**

Jason Scott Roberts
Valparaiso, IN

**Bar Number: 75106**

Raymond Randolph Roberts
Wilmington, NC

**Bar Number: 87006**

Richard Robinson
New Orleans, LA

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 96011**

Spencer Raymond Robinson
Shelbyville, KY

**Bar Number: 85139**

Susan M. Rogers
Denver, CO

**Bar Number: 2003022**

Brenna J. Ryan
Phoenix, NY

**Bar Number: 94041**

Patrick William Rodery
Mountain Grove, MO

**Bar Number: 90140**

James H. Rollins, II
St. Louis, MO

**Bar Number: 94051**

Dawn Michele Rystrom
Bentonville, AR

**Bar Number: 91025**

Rick M. Rodery
Piggott, AR

**Bar Number: 81138**

Jerry E. Rose
Springdale, AR

**Bar Number: 85207**

Steven R. Saindon
San Antonio, TX

**Bar Number: 2002056**

Barclay Rogers
Auckland, New Zeland

**Bar Number: 96207**

Kathryn Massey Roset
Little Rock, AR

**Bar Number: 85174**

Nora H. Sams
Edmond, OK

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 2014250**

Nicholas J. Ross
Atlanta, TX

**Bar Number: 67070**

Robert Marshall Sanderford
Williamsburg, VA

**Bar Number: 86151**

Karen T. Rogers
Little Rock, AR

**Bar Number: 2010185**

Jennifer Danielle Rossmeier
San Antonio, TX

**Bar Number: 89011**

Sandra L. Sanders
Little Rock, AR

**Bar Number: 2007201**

Nicholas Lincoln Rogers
Little Rock, AR

**Bar Number: 69069**

Michael G. Rothman
Van Buren, AR

**Bar Number: 86153**

Laquita  Saunders
Jonesboro, AR

**Bar Number: 73166**

Richard O. Rogers
Texarkana, TX

**Bar Number: 87150**

Jeffery S. Rubel
Milford, OH

**Bar Number: 89160**

Charles Robert Scanlon
Chesterfield, MO

**Bar Number: 2011290**

Robert Brian Rogers
State University, AR

**Bar Number: 2005289**

Justin Rucker
Fayetteville, AR

**Bar Number: 99169**

Paul Dedman Scarborough
Pembroke Pines, FL

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 80128**

Daniel Kent Schieffler
West Helena, AR

**Bar Number: 87155**

Robert L. Scull, III
Little Rock, AR

**Bar Number: 82146**

Elisabeth Hulen Shipley
Midlothian, VA

**Bar Number: 2006261**

Lauren Michelle Schlesinger
Tempe, AZ

**Bar Number: 83157**

Michael Gordon Scussel
Pine Bluff, AR

**Bar Number: 66076**

John P. Shockey
Normangee, TX

**Bar Number: 91185**

Joanne S. Schlueter
Cleburne, TX

**Bar Number: 2012040**

Timothy Erik Semelka
Little Rock, AR

**Bar Number: 2006312**

Adam B. Short
Jacksonville, AR

**Bar Number: 87210**

Richard Fredric Schmidt
Mount Pleasant, SC

**Bar Number: 87158**

Andy O'Neal Shaw , III
Little Rock, AR

**Bar Number: 82211**

Rickey C. Shumaker
Texarkana, TX

**Bar Number: 83225**

Walter G. Schmidt
Centennial, CO

**Bar Number: 53023**

Frank R. Shaw
Fort Smith, AR

**Bar Number: 94214**

Katherine Shurlds
Fayetteville, AR

**Bar Number: 95088**

William Dean Schubert
Glenwood Springs, CO

**Bar Number: 2010005**

Bradley S. Shelts
Scottsdale, AZ

**Bar Number: 91109**

Janne Giroir Siegel
Little Rock, AR

**Bar Number: 97059**

Robert Lloyd Schultz
Houston, TX

**Bar Number: 2002156**

Bradley D. Shepherd
Fayetteville, AR

**Bar Number: 90207**

Sharon Russell Sigmon
Bethal, AK

**Bar Number: 91045**

Stephen Michael Schwartz
Crosslanes, WV

**Bar Number: 81143**

Anthony Jay Sherman
Fayetteville, AR

**Bar Number: 2007206**

Brian P. Simpson
Greensboro, NC

**Bar Number: 94074**

Keith Alan Scott
Dallas, TX

**Bar Number: 73108**

Jonathan P. Shermer, Jr.
Clarksville, AR

**Bar Number: 2006105**

Larry D. Sims, II
Memphis, TN

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2010264**

Michael Andrew Singleton
Little Rock, AR

**Bar Number: 87038**

Stacey Slaughter
Muldrow, OK

**Bar Number: 64062**

Barbara Noble Smith
Raleigh, NC

**Bar Number: 94037**

Bernadette Smith
Kingston, AR

**Bar Number: 2006199**

Candice Shavawn Smith
Bell Vista, AR

**Bar Number: 74184**

Charles Edwin Smith, II
Arlington, TX

**Bar Number: 66077**

Chester L. Smith, Jr.
Mountain Home, AR

**Bar Number: 2003061**

Donna Eugenia "Gina" Smith
Fort Smith, AR

**Bar Number: 86199**

Jeffrey Douglas Smith
Livermore, CA

**Bar Number: 77127**

Julia L. Smith
Florissant, MO

**Bar Number: 63042**

Kenneth R. Smith
Yellville, AR

**Bar Number: 63056**

Richard Muldrow Smith
Washington, DC

**Bar Number: 88050**

Robert Ray Smith
Austin, TX

**Bar Number: 81222**

Scott Floyd Smith
New York, NY

**Bar Number: 83167**

Lillian Chere' Sneed
North Little Rock, AR

**Bar Number: 89079**

Victor Frederick Snyder
Little Rock, AR

**Bar Number: 98092**

Evan Reno Sotiriou
St. Louis, MO

**Bar Number: 91084**

Rodney Bryan Sparkman
Tulsa, OK

**Bar Number: 79261**

George B. Spencer, III
Fayetteville, AR

**Bar Number: 82149**

Gary Stephen Spicer
New York, NY

**Bar Number: 2000095**

Larry Leister Spradlin
Greenbrier, AR

**Bar Number: 98081**

Bartley Stiers Spung
Montgomery, AL

**Bar Number: 89047**

John Paul Stanford
Dallas, TX

**Bar Number: 92090**

Patrick Dewayne Stauber
Prosper, TX

**Bar Number: 83171**

Darrell Lynn Stayton
Stuttgart, AR

**Bar Number: 95133**

Jennifer Robin Steel
Little Rock, AR

**Bar Number: 94031**

Ramona G. Stein
Springdale, AR

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 79262**

Richard B. Steinkamp
Washington, DC

**Bar Number: 94178**

Karlene Selethea Stevens
West Palm Beach, FL

**Bar Number: 96220**

Kelly Sanders Stevenson
Olive Branch, MS

**Bar Number: 84097**

Nancy Marinko Stewart
Benton, AR

**Bar Number: 2004146**

Dawn Marie Stidd
El Dorado, AR

**Bar Number: 85156**

Wallace M. Story, Jr.
Little Rock, AR

**Bar Number: 2003190**

Grace A. Stramiello
Little Rock, AR

**Bar Number: 80140**

James Orville Strother
Wichita, KS

**Bar Number: 75178**

Martha Lou Strother
Little Rock, AR

**Bar Number: 75179**

David C. W. Stuart
Georgetown, KY

**Bar Number: 87167**

Michael Edward Stubblefield
Visalia, CA

**Bar Number: 84140**

James Gilmore Stuckey, III
Marietta, GA

**Bar Number: 51046**

Wayne E. Stuckey
North Little Rock, AR

**Bar Number: 94083**

Lester Carl Stuckmeyer, Jr.
St. Louis, MO

**Bar Number: 79122**

Arthur H. Stuenkel
Little Rock, AR

**Bar Number: 66079**

James J. Stumpf
Omaha, NE

**Bar Number: 98215**

Heather Holt Sudbury
Nashville, TN

**Bar Number: 88170**

Russell Whitfield Sullivan
Arlington, VA

**Bar Number: 2009133**

Priscilla Sierra Summers
Springdale, AR

**Bar Number: 70069**

Hugo Swan, Jr.
Victoria, TX

**Bar Number: 84141**

Debra K. Sweetser
Fayetteville, AR

**Bar Number: 94085**

Sarah Alston Sweetser
Tarboro, NC

**Bar Number: 87169**

Linda Synnott
Athens, TN

**Bar Number: 98056**

Joseph D. Talley
Roswell, NM

**Bar Number: 2011084**

Stephen M. Talley
Batesville, AR

**Bar Number: 2004059**

Anna Elizabeth Taylor
Washington, DC

**Bar Number: 69093**

Robert G. Taylor, II
Houston, TX

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 87171**

Douglas Neil Teaster
Springdale, AR

**Bar Number: 73171**

Allen Wayne Timmons
Springhill, LA

**Bar Number: 74190**

Charles Frank Vandegrift
Scottsdale, AZ

**Bar Number: 86163**

Bruce Eric Tennant
Sherwood, AR

**Bar Number: 93182**

Marti S. Toennies
Little Rock, AR

**Bar Number: 2006280**

Sarah K. Vanderbush
Fayetteville, AR

**Bar Number: 77185**

John Lawrence Tennant
Dallas, TX

**Bar Number: 86167**

C. F. Tompkins , III
Pismo Beach, CA

**Bar Number: 79128**

Linda Kay Vandever
Bella Vista, AR

**Bar Number: 96249**

Cheryl Minnix Thigpen
Tulsa, OK

**Bar Number: 2008097**

Angela S. Torn
Houston, TX

**Bar Number: 2006247**

Lynda Darlene Vaughn
Nome, AK

**Bar Number: 2013101**

Madelynn Ann Thomas
Columbia, MO

**Bar Number: 2000179**

E. Nicole Trail
Memphis, TN

**Bar Number: 79265**

Bette R. Knapp Velarde
Valley Center, CA

**Bar Number: 84201**

Martin K. Thomas
Dallas, TX

**Bar Number: 92196**

Wayne Traywick
Seattle, WA

**Bar Number: 81159**

William John Velek
Greenbrier, AR

**Bar Number: 2005283**

Joshua James Thompson
North Little Rock, AR

**Bar Number: 95270**

Rebecca Bost Tucker
Little Rock, AR

**Bar Number: 79274**

Christopher William Venters
Luther, OK

**Bar Number: 91153**

Alisa J. Thorne-Corke
Fayetteville, AR

**Bar Number: 73172**

John T. Tuohey
New Orleans, LA

**Bar Number: 85161**

Robert J. Viguet, Jr.
Houston, TX

**Bar Number: 2000033**

Ashley Myers Thurman
Fayetteville, AR

**Bar Number: 86169**

Mary Kim Vance
Nashville, TN

**Bar Number: 76190**

Joe Darrell Villines, Jr.
Marsfield, MO

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88177**

Richard Clark Vint
Dubai, UAE

**Bar Number: 87181**

Marty Pruett Ward
Little Rock, AR

**Bar Number: 97226**

Timon Jeremy Watson
Dallas, TX

**Bar Number: 2007179**

Shay Suzanne Virtue
Duluth, GA

**Bar Number: 89219**

Michael Alan Ward
Charlottesville, VA

**Bar Number: 94237**

Cari Leigh Weaver
Tahlequah, OK

**Bar Number: 91239**

Ronald Scott Waddell
Jonesboro, AR

**Bar Number: 84158**

Paul Joseph Ward
Little Rock, AR

**Bar Number: 85167**

Steve Allan Weaver
Little Rock, AR

**Bar Number: 2001226**

Kacey Lynn Wall
Cour d'Alane, ID

**Bar Number: 88180**

Jeffrey G. Ware
Fayetteville, AR

**Bar Number: 92195**

Ed Webb
Conway, AR

**Bar Number: 89081**

L. Ed Wallen
Perryville, AR

**Bar Number: 2007155**

Blake William Warren
Houston, TX

**Bar Number: 98214**

Kimberly D. Webb
Orlando, FL

**Bar Number: 93153**

Mark Nathaniel Waller
Fayetteville, AR

**Bar Number: 2005113**

Michael Edward Warrick
Columbia, MO

**Bar Number: 94143**

Grace Ann Weber
Little Rock, AR

**Bar Number: 76191**

Richard L. Walloch
Broomfield, CO

**Bar Number: 97034**

Christopher Lieuwes Wassenaar
Atlanta, GA

**Bar Number: 74193**

Thomas Winston Weeks
Wichita, KS

**Bar Number: 63057**

James Macon Walton
Danville, IL

**Bar Number: 85165**

Field Kindley Wasson, Jr.
Little Rock, AR

**Bar Number: 2008011**

Terry Paul Weill
Madison, MS

**Bar Number: 73169**

John R. Ward
Virginia Beach, VA

**Bar Number: 90213**

Teena Knepper Watkins
Vilonia, AR

**Bar Number: 79135**

Robert Travis Wells
Raleigh, NC

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2003168**

Kami Shawn Wentz
North Little Rock, AR

**Bar Number: 71077**

Donald James West
Harrison, AR

**Bar Number: 85210**

Lisa Evelyn West
Greenville, IN

**Bar Number: 59026**

James E. Westbrook
Columbia, MO

**Bar Number: 80191**

Kauve Solange Westbrook
St. Simons Island, GA

**Bar Number: 84041**

Sharon Westhoff
Raymore, MO

**Bar Number: 89092**

John Charles White
Fayetteville, AR

**Bar Number: 82178**

James H. Wilkins, Jr.
Little Rock, AR

**Bar Number: 96142**

Christopher J. Will
Valdosta, GA

**Bar Number: 79267**

Ann Emile Williams
Jonesboro, AR

**Bar Number: 92204**

Benton Darrell Williams
Chicago, IL

**Bar Number: 2009256**

Derrick L. Williams
Washington, DC

**Bar Number: 1019**

Lillian W. Williams
Clarksville, AR

**Bar Number: 76192**

James Thomas Williamson
Hockessin, DE

**Bar Number: 81238**

Henry M Willis
Los Angeles, CA

**Bar Number: 76193**

Clyde E. Wilson
Clinton, TN

**Bar Number: 70097**

Douglas Linn Wilson
Naples, FL

**Bar Number: 2001088**

Elizabeth A. Wilson
Washington, DC

**Bar Number: 77143**

J. Gregory Wilson
Little Rock, AR

**Bar Number: 2010115**

Justin C. Wilson
Saint Louis, MO

**Bar Number: 2005025**

Niki Taneeka N. Wilson
Little Rock, AR

**Bar Number: 98064**

Shannon Antoinette Wilson
Columbia, MO

**Bar Number: 72134**

Lanny Thalbert Winberry
Sacramento, CA

**Bar Number: 91262**

Dennis E. Winesett
Orlando, FL

**Bar Number: 79140**

Albert M. Witte
Fayetteville, AR

**Bar Number: 82220**

Samuel Wolff
Washington, DC

**Bar Number: 85176**

Brian Wolfman
Washington, DC

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2007317**

Douglas Robert Wood, Jr.
Canton, MI

**Bar Number: 58024**

James Scott Wood
Manchester, MO

**Bar Number: 92222**

Jonathan David Wood
Akron, OH

**Bar Number: 75143**

Robert Harlin Wood, Jr.
Little Rock, AR

**Bar Number: 91215**

Anthony Joe Woods
Maumelle, AR

**Bar Number: 77146**

Mark Woodville
Hot Springs, AR

**Bar Number: 2006301**

Eric P. Woodward
Fayetteville, AR

**Bar Number: 85177**

James Wray, III
Lincoln, AR

**Bar Number: 97241**

Julie Purifoy Wright
Tyler, TX

**Bar Number: 70098**

Larry R. Wright
Plano, TX

**Bar Number: 94185**

Robin Wade Wright
Highland Village, TX

**Bar Number: 2007020**

Joe Lee Wyatt
Memphis, TN

**Bar Number: 75183**

James Joseph Wyllie, Jr.
New Orleans, LA

**Bar Number: 76147**

Genevieve F. Yoes
Fort Smith, AR

**Bar Number: 90187**

Amy Oakes Young
Shreveport, LA

**Bar Number: 57025**

Jack Young
Fairfax Station, VA

**Total Count: 934**